In the Matter of Kensico Reservoir, Section 4.— Motion granted. Present — Burr, Thomas, Rich, Stapleton and Putnam, JJ.

In the Matter of the Application for the Appointment of a Committee of the Person and Property of Katherine K. C. Lyman, an Alleged Incompetent Person.— Motion for stay pending appeal to the Court of Appeals denied, with ten dollars costs. Present — Burr, Thomas, Rich, Stapleton and Putnam, JJ.

James B. Kilsheimer, Jr., Respondent, v. Louis Kendal and Others, Defendants, and Caroline S. Stetler (a Defendant) and George W. Herbert (not a Party to this Action), Appellants.— Motion for reargument of motion for stay granted, and motion set down for hearing on the first day of the December term. Motion to dismiss appeal granted as to George W. Herbert, and reserved as to Caroline S. Stetler until the first day of the December term, when it is ordered to be heard with the appeal. Present — Burr, Thomas, Rich, Stapleton and Putnam, JJ.

Charles King and Another, Appellants, v. Clarence Kay and Others, Respondents.— Motion denied on condition that the appellants perfect their appeal, place the case on the December calendar, and be ready for argument when reached; otherwise, motion granted, with costs. Present — Burr, Thomas, Rich, Stapleton and Putnam, JJ.

Lawrence Brothers, Incorporated, Plaintiff, v. Rose Chiangone, Defendant.— Motion for an injunction and a stay of proceedings denied, with ten dollars costs, and temporary stay vacated. Present — Jenks, P. J., Burr, Rich, Stapleton and Putnam, JJ.

Margaret Mack, Appellant, v. John Wanamaker, Respondent.— Motion to resettle order denied. Present — Burr, Thomas, Rich, Stapleton and Putnam, JJ.

George Meigel, Appellant, v. E. V. Crandall Oil and Putty Manufacturing Company, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Burr, Thomas, Rich, Stapleton and Putnam, JJ.

Elizabeth M. Miller, an Infant, etc., Appellant, v. John Hancock Mutual Life Insurance Company and Another, Defendants. Magdelena Miller, Respondent.— Motion denied on condition that the appellant perfect her appeal, place the case on the December calendar, and be ready for argument when reached; otherwise, motion granted, with costs. Present — Burr, Thomas, Rich, Stapleton and Putnam, JJ.

The People of the State of New York, Respondent, v. Emerson Colburn, Appellant.— Motion to dismiss appeal denied. Present — Jenks, P. J., Burr, Thomas, Stapleton and Putnam, JJ.

The People of the State of New York, Respondent, v. Julius Epstein, Appellant.— Motion granted. Present — Burr, Thomas, Rich, Stapleton and Putnam, JJ.

The People of the State of New York, Respondent, v. Benjamin Gleason, Appellant.— Motion granted. Present — Burr, Thomas, Rich, Stapleton and Putnam, JJ.